**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

AARON HUTTON,

     Plaintiff,

v.                             Case No.: 3:09cv343/MCR/EMT

SONNY BEACH, INC., a Florida
Corporation, and STEVEN NORTON,
individually,

     Defendants.

_____/

## O R D E R

THIS CAUSE having come before the Court upon the parties' *Joint Motion to Approve Settlement and Release Agreement and Dismiss with Prejudice Plaintiff's Complaint* and for good cause shown, it is

ORDERED and ADJUDGED as follows:

The parties' Joint Motion to Approve Settlement and Release Agreement and Dismiss with Prejudice Plaintiff's Complaint is hereby GRANTED. The Court finds the parties' settlement to be fair and reasonable in light of a bona fide dispute. Accordingly, the parties' Settlement and Release Agreement is hereby approved and Plaintiffs' Complaint is dismissed with prejudice. Each party shall bear their own fees and costs except as provided in the Settlement, and Release Agreement. All pending motions are deemed moot. This Court shall retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement agreement.

**DONE and ORDERED** this 12th day of March 2010.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**